

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2020

No. 04-19-00516-CR

Kedreen Marque **PUGH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6053
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on February 3, 2020. On February 4, 2020, the State filed its brief and a motion requesting a one-day extension of time to file the brief. The motion is GRANTED. It is ORDERED that the State's brief filed February 4, 2020 is accepted as timely.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court